Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-346**

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
November 24, 2025

## Title

    **Title of Work:** 139 / analog collage

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** October 27, 2021
    **Nation of 1st Publication:** Canada

## Author

-     **Author:** Susan Catherine Holak
    **Author Created:** 2-D artwork
    **Citizen of:** Canada

## Copyright Claimant

    **Copyright Claimant:** Susan Catherine Holak
    105-35 Brian Peck Crescent, East York, M4G 0A5, Canada

## Rights and Permissions

    **Name:** Susan Catherine Holak
    **Email:** surreal.artshoppe@gmail.com
    **Address:** 105-35 Brian Peck Crescent
    East York M4G 0A5 Canada

## Certification

    **Name:** David Denholm
    **Date:** May 30, 2025
    **Applicant's Tracking Number:** SH2025053002



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-465-678**

**Effective Date of Registration:**
May 30, 2025
**Registration Decision Date:**
September 30, 2025



## Title

**Title of Work:** 130 / analog collage

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 04, 2021
**Nation of 1st Publication:** Canada

## Author

- **Author:** Susan Catherine Holak
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Susan Catherine Holak
105-35 Brian Peck Crescent, East York, M4G 0A5, Canada

## Rights and Permissions

**Name:** Susan Catherine Holak
**Email:** surreal.artshoppe@gmail.com
**Address:** 105-35 Brian Peck Crescent
East York M4G 0A5 Canada

## Certification

**Name:** David Denholm
**Date:** May 30, 2025
**Applicant's Tracking Number:** SH2025053001

