## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SUSAN CATHERINE HOLAK,

     Plaintiff,                            Case No.: 1:26-cv-00596

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | YuanLong Zhang |
| 2 | PT dantumaoyi Co., Ltd. |
| 3 | YanQianJianShangMao |
| 4 | Lexin Decor |
| 5 | 安发墙艺术 |
| 6 | SeeDeco Gallery |
| 7 | The Crafted Canvas Co CSS |
| 8 | ChensSS |
| 9 | SeeDeco |
| 10 | CLXLPH TWO |
| 11 | T Loi decorative painting |
| 12 | Sheng Li Guo Shi Wall art |
| 13 | Kes canvas painting |
| 14 | Stars Art Mall local |
| 15 | QP YZ |
| 16 | JASS SHANG |
| 17 | AKUY |
| 18 | huahuadecorationshop |
| 19 | OOOLOVE |
| 20 | renjingsheji |
| 21 | PPAAWW Wall Art |
| 22 | E Fast decorative painting |
| 23 | IFdecor |
| 24 | Family Decor Art |

| 25 | Verve Canvas Art |
|----|------------------|
| 26 | Family Poster For Home |
| 27 | TWOCOLORSART local |
| 28 | PixelBloom Art Poster |
| 29 | Meili canvas printing |
| 30 | IUSU |
| 31 | Frescoes |
| 32 | XiamenRise Tech |
| 33 | Luxe Art Poster |
| 34 | dream poster |
| 35 | Fun Chian Wall Art |
| 36 | yifanzhubaodian |
| 37 | Star Art Poster |
| 38 | SMALL ENG WALL ART |
| 39 | Fast decorative painting |
| 40 | I LOVE Canvas SCAPE |
| 41 | Memories on the Wall |
| 42 | Painting Wall Workshop |
| 43 | Miracle Decorate |
| 44 | Between the art walls |
| 45 | Q Fast decorative painting |
| 46 | S Distant decorative painting |
| 47 | Lybxy |
| 48 | Pixel Paint |